Prob 12B
(7/93)

# UNITED STATES DISTRICT COURT
## for the
### District of Nebraska

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

2006 AUG 22 PM 3: 11

OFFICE OF THE CLERK

**Request for Modifying the Conditions or Term of Supervision
with Consent of the Offender**
(Probation Form 49, Waiver of Hearing is Attached)

| | | | |
|---|---|---|---|
| **Name of Offender:** | Kurtis Gassoway | **Docket Numbers:** | 4:99CR84 & 4:01CR05 |

**Sentencing Judge:** The Honorable Richard G. Kopf
United States District Court Judge

**Date of Original Sentence:** October 11, 2001

**Original Offense:** Interstate Transportation of Stolen Property
18 U.S.C. 2314 & 2 (4:99CR84)
Interference with Interstate Commerce by Robbery
18 U.S.C. 1951 & 2 (4:01CR05)

**Original Sentence:** 120 months custody, 3 years supervised release (4:99CR84)
128 months custody, 3 years supervised release (4:01CR05)
Sentences ordered to run concurrently
Sentence reduced on August 28, 2003, to a period of time not to exceed February 25, 2004, 3 years supervised release

**Type of Supervision:** Supervised Release

**Date Supervision Commenced:** February 25, 2004

## PETITIONING THE COURT

___ To extend the term of supervision for _____, for a total term of _____.

_X_ To modify the conditions of supervision as follows:

**The defendant shall participate in the home confinement program under electronic monitoring for a period of 3 consecutive months. Home confinement shall commence according to a schedule arranged by the home confinement specialist. The defendant shall comply with the provisions of the Home Confinement Participant Agreement and shall pay for the costs of electronic monitoring.**

Kurt Gassoway
**Request for Modifying the Conditions or Term of Supervision
with Consent of the Offender
Page 2**

## CAUSE

Mr. Gassoway is currently being supervised by U.S. Probation Officer Julie Dickinson in the Central District of California. Ms. Dickinson is requesting this modification as an intermediate sanction for Mr. Gassoway's technical violations. Ms. Dickinson believes that a period of home confinement will afford Mr. Gassoway an opportunity to remain in the community and come into full compliance.

Respectfully submitted,

*Yador J. Harrell by: JH*

Yador J. Harrell, Deputy Chief
U.S. Probation Officer

Reviewed by,

John A. Hill, Supervising
U.S. Probation Officer

THE COURT ORDERS

___  No Action

___  The Extension of Supervision as noted above

_X_  The Modification of Conditions as noted above

___  Other

The Honorable Richard G. Kopf
United States District Judge

Date: August 22, 2006

PROB 49
(3/89)

# United States District Court

_____ District ____of____Nebraska____

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

As a special condition of supervision, Kurt Gassoway, shall participate in a program of home detention including electronic monitoring for a period of 3 months.

Witness _____     Signed _____
         U.S. Probation Officer                      Probationer or Supervised Releasee

                 7-25-06
                 _____
                     Date